ACCEPTED
03-15-00376-CV
7994063
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/25/2015 1:52:44 PM
JEFFREY D. KYLE
CLERK

## IN THE COURT OF APPEALS
### THIRD JUDICIAL DISTRICT OF TEXAS
### AUSTIN, TEXAS

| | | |
|---|---|---|
| **DELORES GALVAN** | § | |
|   Appellant | § | |
| | § | FILED IN |
| | § | 3rd COURT OF APPEALS |
| **v.** | § | AUSTIN, TEXAS |
| | § | 11/25/2015 1:52:44 PM |
| **ROBERT LEAKE, INDIVIDUALLY** | § | JEFFREY D. KYLE |
| **AND ZEBRA INSTRUMENTS** | § | CASE NO. 03-15-00376-CV |
| **CORPORATION** | § | |
|   Appellees | § | |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/25/2015 1:52:44 PM
JEFFREY D. KYLE
Clerk

**CASE NO. 03-15-00376-CV**

---

### APPELLEES' RESPONSE IN OPPOSITION TO
### APPELLANT'S FOURTH MOTION FOR EXTENSION OF TIME

---

COMES NOW, Robert Leake and Zebra Instruments Corporation, and files this their Response in Opposition to Appellant's Fourth Motion for Extension of Time to File Appellant's Brief, and in support thereof would show as follows:

### I.
### HISTORY OF THE CASE

Final judgment was entered in this case on June 17, 2015. Appellant's brief was originally due on August 14, 2015. Appellant's first unopposed motion for extension was granted on August 6, 2015, and this Court ordered the brief to be filed by September 28, 2015. Appellant's second unopposed motion for extension was granted on September 29, 2015, and the brief ordered to be filed on October 13, 2015. Appellant's third motion for extension was granted on October 14, 2015, and the brief ordered to be filed on October 28, 2015. No brief nor motion for yet another extension of time was timely filed.

On November 17, 2015, this Court issued a notice of late brief and ordered a satisfactory response no later than November 30, 2015. On November 24, 2015, Appellant filed her fourth motion for extension of time, requesting another 90 day extension. As a

1

basis for the extension, Appellant cites the death of Mr. Staton, who has never appeared as counsel for Appellant in this case. Thus, Appellant seeks to file her brief on February 28ᵗʰ, just shy of 200 days after the brief was originally due.

## II.
## APPELLANT'S MOTION DOES NOT COMPLY WITH T.R.A.P. 10.5

Appellee objects to Appellant's motion because it fails to comply with T.R.A.P. 10.5. Specifically, Appellant failed to notify the Court of the three prior extensions that had been granted in this case. Further, Appellee failed to sufficiently state facts relied on to reasonably explain Mr. Staton's involvement in this case, the task(s) he was undertaking relating to the reply brief if any, and the prejudice or harm to Appellant from Mr. Staton's untimely death as it relates to the brief. Rios v. Calhoon, 889 S.W.2d 257 (Tex.1994).

## III.
## NINETY DAYS IS TOO MUCH OF AN EXTENSION

Appellant has failed to give any reasonable basis for such a lengthy delay. If this Court is inclined to grant another extension, Appellee would urge that it be limited to fifteen days and the Court further order that this is the final extension granted Appellant to file her brief.

WHEREFORE, PREMISES CONSIDERED, Appellees Robert Leake and Zebra Instruments Corporation pray that Appellant's Motion for Extension of Time be in all things DENIED. Alternatively, Appellees pray that any extension granted be limited to no longer than 15 days.

Respectfully submitted,

SNEED VINE & PERRY
A PROFESSIONAL CORPORATION


By: _____*/s/ Christopher Stanley*_____
     Christopher Stanley
     Texas Bar No. 19044400
     Email for filings only:
     gtwnfilings@sneedvine.com
     108 East 8th Street
     Georgetown, TX 78626
     Tel. (512) 930-9775
     Fax. (512) 819-9707
     ATTORNEY FOR DEFENDANTS
     ROBERT LEAK AND ZEBRA INSTRUMENTS
     CORPORATION

## CERTIFICATE OF SERVICE

I certify that on November 25, 2015, a true and correct copy of the foregoing pleading was served via email to Scott Ogle via soglelaw@peoplepc.com and the transmission was reported as complete.


_____*/s/ Christopher Stanley*_____
Christopher Stanley